JACOB FRITZ et al., Appellants, *v.* THE CITY TRUST COMPANY OF NEW YORK, as Trustee under the Will of ELIZA EISNER, Deceased, Respondent.

*Fritz* v. *City Trust Co.,* 72 App. Div. 532, affirmed.
(Argued January 19, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1902, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Nathan Ottinger* for appellants.

*Jerome Eisner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, CULLEN and WERNER, JJ. Dissenting: HAIGHT and MARTIN, JJ. Absent: VANN, J.